IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| J.L., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-cv-000583-GBL-TCB |
| | ) | |
| INDIA WILEA MITCHELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

THIS MATTER is before the Court to clarify the Court's June 8, 2016 Order (Doc. 5). That Order permits parties to redact from filings Plaintiff's personally identifying information such as name, address, and phone number, with the exception of Plaintiff's first and last initials. However, the case is not sealed in its entirety. Accordingly,

**IT IS HEREBY ORDERED** that the case is **UNSEALED**, and Plaintiff's personally identifying information may be redacted with the exception of Plaintiff's first and last initials.

**IT IS SO ORDERED.**

ENTERED this 23rd day of June, 2016.

Alexandria, Virginia
6 / 23 / 2016

/s/
Gerald Bruce Lee
United States District Judge